1  Ruffin B. Cordell (Admission pro hac vice pending/cordell@fr.com)
   Michael J. McKeon (Admission pro hac vice pending/mckeon@fr.com)
2  Brian R. Nester (Admission pro hac vice pending/nester@fr.com)
   FISH & RICHARDSON P.C.
3  1425 K Street, N.W., 11ᵗʰ Floor
   Washington, D.C. 20005
4  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
5
6  Juanita R. Brooks (SBN 75934)
   Christopher S, Marchese (SBN 170239)
7  FISH & RICHARDSON P.C.
   12390 El Camino Real
8  San Diego, CA 92130
   Telephone: (858) 678-5070
9  Facsimile: (858) 678-5099

10 Attorneys for Plaintiff
   LG Electronics, Inc.

11

**FILED**

FEB 2 0 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LG ELECTRONICS, INC., | Case '09 CV 0343 W POR |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| EASTMAN KODAK COMPANY, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

20    Plaintiff LG Electronics, Inc. (hereinafter Plaintiff or "LGE") hereby files this complaint

21 against Defendant Eastman Kodak Company (hereinafter Defendant or "Kodak"), and alleges as

22 follows:

23                              **PARTIES**

24    1.    Plaintiff LGE is a Korean corporation with its principal place of business located at

25 LG Twin Towers, 20, Yeouido-dong, Yeongdeungpo-gu, Seoul 150-721, Korea.

26    2.    On information and belief, Defendant Kodak is a New York corporation with its

27 principal place of business located at 343 State Street, Rochester, New York 14650.

28

**ORIGINAL**

1

COMPLAINT - PATENT INFRINGEMENT;
DEMAND - JURY TRIAL

1

## JURISDICTION AND VENUE

2      3.     This Court has subject matter jurisdiction over the cause of this action pleaded

3  herein under 28 U.S.C. §§ 1331 and 1338(a) because the action concerns a federal question arising

4  under the patent laws of the United States, including 35 U.S.C. § 271.

5      4.     Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and 1400(b)

6  because, among other reasons, Kodak is subject to personal jurisdiction in this judicial district, has

7  committed acts of infringement in this judicial district, and has a regular and established place of

8  business in this judicial district.

9      5.     Upon information and belief, Kodak has placed infringing products into the stream

10  of commerce by shipping those products into this judicial district or knowing that such products

11  would be shipped into this judicial district.

12

## FIRST CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 5,995,767

13

14      6.     The allegations of paragraphs 1-5 are incorporated herein by reference.

15      7.     LGE is the owner by assignment of all right, title, and interest in and to United

16  States Patent No. 5,995,767 entitled "Method For Controlling Focusing Areas Of A Camera And

17  An Apparatus For Performing The Same" (hereinafter "the '767 patent"), which was duly and

18  legally issued on November 30, 1999.  A true and correct copy of the '767 patent is attached to

19  this Complaint as Exhibit 1.

20      8.     Kodak has infringed and continues to infringe directly and/or indirectly, literally

21  and/or under the doctrine of equivalents, one or more claims of the '767 patent under 35 U.S.C.

22  § 271, by making, using, offering to sell, or selling within the United States, including in this

23  judicial district, or importing into the United States, digital cameras including the Kodak

24  EasyShare V1073, Kodak EasyShare V1273, Kodak EasyShare M1033, Kodak EasyShare Z1015

25  IS, Kodak EasyShare Z1012 IS, Kodak EasyShare M1093 IS, Kodak EasyShare M340, Kodak

26  EasyShare Z1485 IS, and Kodak EasyShare Z980.

27

28

COMPLAINT - PATENT INFRINGEMENT;
DEMAND - JURY TRIAL

9.      On information and belief, LGE alleges that Kodak's infringement was and/or is willful.

10.     As a result of Kodak's unlawful infringement of the '767 patent, LGE has suffered, and will continue to suffer, irreparable harm and damages.

11.     Kodak's past and continued acts of infringement have injured and damaged LGE, and will continue to cause irreparable injury to LGE unless and until enjoined by this Court.

### SECOND CLAIM FOR RELIEF
### INFRINGEMENT OF U.S. PATENT NO. 5,774,131

12.     The allegations of paragraphs 1-5 are incorporated herein by reference.

13.     LGE is the owner by assignment of all right, title, and interest in and to United States Patent No. 5,774,131 entitled "Sound Generation And Display Control Apparatus For Personal Digital Assistant" (hereinafter "the '131 patent"), which was duly and legally issued on June 30, 1998.   A true and correct copy of the '131 patent is attached to this Complaint as Exhibit 2.

14.     Kodak has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '131 patent under 35 U.S.C. § 271, by making, using, offering to sell, or selling within the United States, including in this judicial district, or importing into the United States, digital cameras including the Kodak EasyShare V1073.

15.     On information and belief, LGE alleges that Kodak's infringement was and/or is willful.

16.     As a result of Kodak's unlawful infringement of the '131 patent, LGE has suffered, and will continue to suffer, irreparable harm and damages.

17.     Kodak's past and continued acts of infringement have injured and damaged LGE, and will continue to cause irreparable injury to LGE unless and until enjoined by this Court.

///

///

3

COMPLAINT - PATENT INFRINGEMENT;
DEMAND - JURY TRIAL

**THIRD CLAIM FOR RELIEF**
**INFRINGEMENT OF U.S. PATENT NO. 6,281,895**

18.    The allegations of paragraphs 1-5 are incorporated herein by reference.

19.    LGE is the owner by assignment of all right, title, and interest in and to United States Patent No. 6,281,895 entitled "Level Adjust Display Apparatus And Method For On-Screen Display Menu In Image Display Device" (hereinafter "the '895 patent"), which was duly and legally issued on August 28, 2001.  A true and correct copy of the '895 patent is attached to this Complaint as Exhibit 3.

20.    Kodak has infringed and continues to infringe directly and/or indirectly, literally and/or under the doctrine of equivalents, one or more claims of the '895 patent under 35 U.S.C. § 271, by making, using, offering to sell, or selling within the United States, including in this judicial district, or importing into the United States, digital cameras including the Kodak EasyShare V127, Kodak EasyShare V1073, Kodak EasyShare M1033,  Kodak EasyShare Z1015 IS, and Kodak EasyShare Z1012 IS.

21.    On information and belief, LGE alleges that Kodak's infringement was and/or is willful.

22.    As a result of Kodak's unlawful infringement of the '895 patent, LGE has suffered, and will continue to suffer, irreparable harm and damages.

23.    Kodak's past and continued acts of infringement have injured and damaged LGE, and will continue to cause irreparable injury to LGE unless and until enjoined by this Court.

**PRAYER FOR RELIEF**

WHEREFORE, LGE prays that this Court enters judgment and provides relief as follows:

(a)    That Kodak has infringed the '767 patent, the '131 patent, and the '895 patent;

(b)    That Kodak, and its officers, agents, servants, employees, and those in active concert or participation with them directly or indirectly, be enjoined from infringing the '767 patent, the '131 patent, and the '895 patent;

(c)    That Kodak be ordered to account for and pay to LGE the damages resulting from Kodak's infringement of the '767 patent, the '131 patent, and the '895 patent, together with interest

4

COMPLAINT - PATENT INFRINGEMENT;
DEMAND - JURY TRIAL

1   and costs, and all other damages permitted by 35 U.S.C. § 284, including enhanced damages up to

2   three times the amount of damages found or measured;

3         (d)     That Kodak has willfully infringed the '767 patent, the '131 patent, and the '895

4   patent;

5         (e)     That this action be adjudged an exceptional case and LGE be awarded its attorneys'

6   fees, expenses and costs in this action pursuant to 35 U.S.C. § 285; and

7         (f)     That LGE be awarded such other equitable or legal relief as this Court deems just

8   and proper under the circumstances.

9   **DEMAND FOR JURY TRIAL**

10         Pursuant to Federal Rule of Civil Procedure 38, Plaintiff LGE demands a jury trial on all

11   issues so triable.

12   Dated:  February 20, 2009           FISH & RICHARDSON P.C.

13

14                        By: _____

15                        Christopher S. Marchese (SBN 170239)

16                        Attorneys for Plaintiff
                           LG Electronics, Inc.

17

18

19   10903939.doc

20

21

22

23

24

25

26

27

28

5

COMPLAINT - PATENT INFRINGEMENT;
DEMAND - JURY TRIAL

**EXHIBIT 1**

US005995767A

# United States Patent [19]

## Lee et al.

[11] Patent Number: 5,995,767

[45] Date of Patent: Nov. 30, 1999

[54] **METHOD FOR CONTROLLING FOCUSING AREAS OF A CAMERA AND AN APPARATUS FOR PERFORMING THE SAME**

[75] Inventors: **Seoung-Eog Lee; Jin-Soo Park; Myung-Keun Yeo**, all of Kyungki-do, Rep. of Korea

[73] Assignee: **LG Electronics Inc.**, Seoul, Rep. of Korea

[21] Appl. No.: **08/998,001**

[22] Filed: **Dec. 24, 1997**

[30]     **Foreign Application Priority Data**

Dec. 27, 1996 [KR] Rep. of Korea ...................... 96/73869

[51] Int. Cl.⁶ .................................................... **G03B 3/10**
[52] U.S. Cl. .............................................. **396/123**; 396/121
[58] Field of Search ...................................... 396/121, 122, 396/123, 101, 125

[56]         **References Cited**

U.S. PATENT DOCUMENTS

4,827,303   5/1989   Tsuboi ...................................... 396/123

| | | | |
|---|---|---|---|
| 5,343,246 | 8/1994 | Arai et al. | 396/121 |
| 5,353,089 | 10/1994 | Yaji | 396/123 |
| 5,396,336 | 3/1995 | Yoshii et al. | 396/121 |
| 5,418,595 | 5/1995 | Iwasaki et al. | 396/121 |
| 5,455,654 | 10/1995 | Suzuki | 396/123 |

*Primary Examiner*—Russell Adams
*Attorney, Agent, or Firm*—Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.

[57]         **ABSTRACT**

In automatic focus controlling of a camera, a method for controlling focusing areas of the camera is performed by setting a supervisory area in the center of a subject area picked up by an optical system; setting plural variable areas into an outer periphery of the supervisory area; and detecting the subject to perform the auto focusing while performing area variation to the variable areas, unless the subject is detected while constantly observing the supervisory area. An apparatus for executing the method is also provided, enhancing precision of the auto focusing to the main subject in the case of multiple subjects, continuously tracking the auto focusing of the subject that moves to the outer peripheral side of the center of the picture, and improving the tracking property of the center area when varying the picture areas.

**13 Claims, 6 Drawing Sheets**



EXHIBIT 1  PAGE 1



FIG. 1
Prior Art

EXHIBIT 1  PAGE 2

# FIG. 2



# FIG. 3



EXHIBIT 1  PAGE 3

**U.S. Patent**          Nov. 30, 1999          Sheet 3 of 6          **5,995,767**

# FIG. 4



EXHIBIT 1  PAGE 4

# FIG. 5



EXHIBIT 1  PAGE 5

**FIG. 6**



EXHIBIT 1  PAGE 6



FIG. 7

EXHIBIT 1  PAGE 7

5,995,767

**1**

# METHOD FOR CONTROLLING FOCUSING AREAS OF A CAMERA AND AN APPARATUS FOR PERFORMING THE SAME

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to an automatic focusing control technique of a camera, and more particularly to a method for controlling focusing areas of a camera for partitioning a picture picked up by an optical system into a plurality of areas, and an apparatus for executing the same.

### 2. Description of the Prior Art

A technique for controlling auto focusing of a camera is used for detecting a subject by using a luminance signal of the subject that is picked up via a camera lens, and driving an optical system to be fitted to the detected subject, thereby automatically adjusting its focus. FIG. 1 illustrates a block diagram showing a conventional circuit for controlling auto focusing of a camera.

Referring to FIG. 1, the conventional circuit for controlling the auto focusing of the camera includes an optical system 10 including an objective lens 10a, a zoom lens 10b, an iris 10c and a focusing lens 10d, and a charge-coupled device (hereinafter simply referred to as "CCD") 20 for converting an image of a subject picked up via optical system 10 into an electric signal. Additionally, an automatic gain controller (hereinafter simply referred to as "AGC") circuit 30 carries out automatic gain control of a video signal converted by means of CCD 20. A digital signal processing section 40 digitizes the AGC-processed video signal, and separates it into a luminance signal and a chrominance signal to process the obtained signals, and a high-pass filter 42 filters an output luminance signal of digital signal processing section 40 to provide only high band components thereof. An area setting section 44 sets an area for performing focusing controlling by using the high-pass filtered luminance signal as an input, and an evaluation value detecting section 46 detects an evaluation value of the subject luminance signal within the area which is set in area setting section 44. In addition to these, a controlling section 48 judges whether the subject is detected or not by means of the evaluation value detected in evaluation value detecting section 46 and provides a focusing area control signal and a lens driving control signal in accordance with the result of the determination. A motor driving section 130 receives the lens driving control signal from controlling section 48 and provides a driving signal. A focusing lens motor 140 drives focusing lens 10d in accordance with the driving signal.

The image picked up by optical system 10 is converted into an electric video signal in CCD 20 via objective lens 10a, zoom lens 10b, iris 10c and focusing lens 10d. Then, the resultant video signal is automatically gain-controlled by AGC circuit 30 to be supplied into digital signal processing section 40.

An A/D converter 40a of digital signal processing section 40 converts an analog video signal input into a digital signal, and an Y/C separator 40b separates the digital video signal into luminance signal Y and chrominance signal C.

Separated chrominance signal C is processed via a chrominance signal processor 40c, and luminance signal Y is processed via a luminance signal processor 40d. By doing so, a composite video signal CVS is obtained by adding signals C and Y in adder 40e.

At this time, the luminance signal provided from luminance signal processor 40d is filtered by high-pass filter 42

**2**

to provide only the high band components of the luminance signal corresponding to the outline portion of the image, and area setting section 44 receives the high-pass filtered luminance signal to execute the auto focusing controlling upon the subject picked up by optical system 10.

More specifically, in the conventional technique as shown in FIG. 2, a picture area is set by a first area A1 and a second area A2, in which the auto focusing operation is performed depending on whether the subject is detected within first area A1 or not after first area A1 is fixed.

In this case, the picture area is divided into two areas A1 and A2. Unless subject is detected within area A1, the subject is detected in its expanding area A2 to continuously maintain its expanding area A2.

In association with the foregoing detection of the subject and auto focusing operation, a luminance signal level of the subject detected in the corresponding area is detected by evaluation value detecting section 46. Thus, in accordance with the result of comparing the detected value with a predetermined reference value, the auto focusing is performed by driving lens driving motor 140 via motor driving section 130.

That is, the subject picked up by optical system 10 involves a distinct difference (or change) in the luminance signals between the subject and the background image. Due to this fact, by evaluating the luminance signal value, the presence or absence of the subject corresponding to the background image can be detected. Thereafter, the auto focusing is accomplished by driving the lens to the direction and position where the luminance signal having the maximum level is detected, to be matched with the detected subject.

In the above-described conventional technique for dividing the picture area into areas A1 and A2 and variably controlling the areas as shown in FIG. 2, the auto focusing is performed by detecting the subject under the state of changing into area A2 unless the subject is detected in area A1. However, area A2 is continuously maintained even after executing the auto focusing to have a drawback that, if a new subject is joined later, the auto focusing upon multiple subjects caused by the new subject becomes impossible in expanding area A2.

## SUMMARY OF THE INVENTION

The objects of the present invention are to overcome problems and disadvantages of the conventional apparatus and method for controlling focusing areas of a camera.

Additional objects and advantages of the invention will be set forth in part in the description which follows, and in part will be obvious from the description, or may be learned by practice of the invention. The objects and advantages of the invention will be realized and attained by means of the elements and combinations particularly pointed out in the appended claims.

Therefore, it is an object of the present invention to provide a method for controlling focusing areas of a camera capable of enhancing precision of the auto focusing with respect to a main subject in the case of multiple subjects, continuously tracking the auto focusing of a subject that moves to the outer peripheral side of the center of a picture, and improving a tracking property with respect to the center area when varying the picture areas.

It is another object of the present invention to provide an apparatus for controlling focusing areas of a camera capable of enhancing precision of auto focusing with respect to a

EXHIBIT 1 PAGE 8

5,995,767

3 | 4

main subject in case of multiple subjects, continuously tracking the auto focusing of a subject that moves to the outer peripheral side of the center of a picture, and improving the tracking property with respect to the center area when variably changing the picture areas.

To achieve the above objects, the present invention is performed by partitioning a picture area of a subject picked up by an optical system into a supervisory area and a focusing area. Then, in accordance with the result of subject detection in the supervisory area, auto focusing is performed in the supervisory area, or a supervisory mode is entered that carries out constant detection of the subject in the supervisory area after or during auto focusing. The auto focusing is performed by executing the area variation into a variable area to detect the subject.

More specifically, a first aspect of a method for controlling focusing areas of a camera according to the present invention is carried out by partitioning a picture image area representing an image of a subject into a plurality of picture areas and setting a supervisory area among the plurality of picture areas. A focusing area is set among said plurality of picture areas based on whether the subject is present or absent in the supervisory area, and an auto focusing operation is performed in the focusing area.

A second aspect of the method for controlling focusing areas of the camera according to the present invention is carried out by partitioning a picture image area representing an image of a subject into a plurality of picture areas and setting a center area among the plurality of picture areas as a first area and an outer peripheral area as a second area. One of the first and second areas is set as a focusing area, and an auto focusing operation is performed in the focusing area. Another of the first and second areas is set as a supervisory area, and a presence or absence of the subject within the supervisory area is detected while setting the focusing area and the supervisory area; Exchanging the focusing area and the supervisory area; performing an auto focusing operation on the focusing area; and detecting the presence or absence of the subject within the supervisory area are repeated, when the presence of the subject within the supervisory area is detected.

Furthermore, an apparatus for controlling focusing areas of a camera includes a first detector for setting a supervisory area among a plurality of picture areas collectively representing an image field, and detecting whether a subject is present or absent within the supervisory area; a second detector for setting a focusing area among the plurality of picture areas, and detecting whether a subject is present or absent within the focusing area; and a controller for exchanging the supervisory area and the focusing area based on a result of the detecting of the first detector, and for performing an auto focusing operation in the focusing area, and continuously detecting whether a subject is present or absent within the supervisory area.

It is to be understood that both the foregoing general description and the following detailed description are exemplary and explanatory only and are not restrictive of the invention, as claimed.

The accompanying drawings, which are incorporated in and constitute a part of this specification, illustrate several embodiments of the invention and together with the description, serve to explain the principles of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

The above objects and other advantages of the present invention will become more apparent by describing in detail preferred embodiments thereof with reference to the attached drawings in which:

FIG. 1 is a block diagram showing a conventional apparatus for controlling focusing areas of a camera;

FIG. 2 is a view for explaining the setting of the focusing areas according to a conventional method;

FIG. 3 is a view for explaining the setting of the focusing areas in a first embodiment of a method for controlling focusing areas according to the present invention;

FIG. 4 is a flowchart of the first embodiment of the method for controlling focusing areas according to the present invention;

FIG. 5 is a view for explaining the setting of the focusing areas in a second embodiment of the method for controlling focusing areas according to the present invention;

FIG. 6 is a flowchart of the second embodiment of the method for controlling focusing areas according to the present invention; and

FIG. 7 is a block diagram showing an apparatus for controlling focusing areas of a camera for performing the method for controlling focusing areas of the camera according to the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Reference will now be made in detail to the present preferred embodiments of the invention, examples of which are illustrated in the accompanying drawings. Wherever possible, the same reference numbers will be used throughout the drawings to refer to the same or like parts.

To begin with, a first embodiment of a method for controlling focusing areas of a camera according to the present invention will be described. The first embodiment of the method for controlling focusing areas of the camera is performed by a first step of partitioning a picture area of a subject image picked up by the optical system into a plurality of picture areas and setting a center area among the plurality of picture areas as a supervisory area. In a second step, an optional picture area among the plurality of picture areas is set as a focusing area in accordance with whether a subject is detected within the supervisory area or not. Successively, after executing the second step, the auto focusing is performed in a third step. Then, a fourth step is carried out in a manner to advance to a supervisory mode for constantly detecting the subject with respect to the supervisory area, after completing the third step.

FIG. 3 illustrates the plurality of partitioned picture areas set in the first embodiment of the method for controlling focusing areas of the camera, and FIG. 4 is a flowchart for embodying the first embodiment of the method for controlling focusing areas of the camera.

As shown in FIG. 3, in the first embodiment of the present method, the picture areas are, preferably, identified by setting supervisory area A1 in the center area, and a first variable area A1+A2 and a second variable area A1+A2+A3 gradually expanding across the areas in the outer periphery.

Referring to FIG. 4, once the camera begins operating in step S1, the image of the subject picked up by the optical system is partitioned into plurality of areas A1, A2 and A3 in step S2. Then, center area A1 among plurality of areas A1, A2 and A3 is set as the supervisory area in step S3 to judge whether the subject is detected or not while constantly observing supervisory area A1 in step S4.

In accordance with the result of the subject detection within supervisory area A1, a proper focusing area is set among plurality of partitioned picture areas A1, A2 and A3.

In other words, when the subject is detected in supervisory area A1, the evaluation value with respect to the

EXHIBIT 1 PAGE 9

5,995,767

**5**

luminance signal of the subject is detected in supervisory area A1 to decide the driving direction of the focusing lens for performing the auto focusing in step S6.

In response to the result of the decision with respect to the focusing lens driving direction of step S6, the focusing lens is driven in supervisory area A1 to track the subject in step S7. In step S8, a peak confirmation is carried out before/after a point (a peak of transiting the luminance signal) determined as the subject (i.e., the focusing lens is properly driven forward and backward).

Upon the completion of the auto focusing in S6, S7 and S8 with respect to the subject in supervisory area A1 as described above, the program advances to the supervisory mode that constantly detects the subject with respect to supervisory area A1 in step S9, thereby continuously performing the subject detection within supervisory area A1.

However, if the subject is not detected in supervisory area A1, the area is variably extended to first variable area A1+A2 in step S5 to attempt to detect the subject in first variable area A1+A2 in step S4. If the subject is not detected in this area either, the area is variably extended to second variable area A1+A2+A3 in step S5, thereby detecting the subject in second variable area A1+A2+A3 in step S4.

When the subject is detected in first variable area A1+A2 or second variable area A1+A2+A3, the evaluation value with respect to the luminance signal of the subject is detected in the corresponding area, so that the driving direction of the focusing lens is determined to perform the auto focusing in step S6.

In response to the result of the decision with respect to the focusing lens driving direction of step S6, the focusing lens is driven in the supervisory area to track the subject in step S7. In step S8, a peak confirmation is carried out before/after a point (a peak of transiting the luminance signal) determined as the subject (i.e., the focusing lens is properly driven forward and backward).

Upon the completion of the auto focusing in S6, S7 and S8 with respect to the subject in the supervisory area as described above, the program advances to the supervisory mode that constantly detects the subject with respect to supervisory area A1 in step S9, thereby continuously performing the subject detection within supervisory area A1.

That is, supervisory area A1 is employed only for observing the subject, and the variation (change) of the area is performed with respect to just first variable area A1+A2 and second variable area A1+A2+A3.

Hereinbelow, a second embodiment of the method for controlling focusing areas of the camera according to the present invention will be described. The second embodiment of the method for controlling focusing areas of the camera according to the present invention is performed by the sequence of a first step of partitioning a picture area of a subject image picked up by the optical system into a plurality of areas and setting a center area among the plurality of picture areas into a first area and an outer peripheral area into a second area. Then, in a second step, an optional area either the first area or second area is set as a focusing area to execute the auto focusing. A third step is performed by detecting the presence or absence of the subject, using the other area which is not the focusing area, between the first and second areas as a supervisory area. Successively, if the detection in the third step results in the presence of the subject within the supervisory area, the focusing area of the second step is shifted to be the supervisory area of the third step, thereby repeating the second and third steps in a fourth step.

**6**

FIG. 5 illustrates the plurality of partitioned picture areas set in the second embodiment of the method for controlling focusing areas according to the present invention, and FIG. 6 is a flowchart for embodying the second embodiment of the method for controlling focusing areas according to the present invention.

As shown in FIG. 5, in the second embodiment of the present method, a picture area of a subject image picked up by the optical system is partitioned into plurality of areas A11 and A12.

Preferably, center area A11 among the plurality of picture areas A11 and A12 is set as the first area and outer peripheral area A12 is set as the second area.

During performing the auto focusing by setting an optional area either the first area or second area into the focusing area, the other area which is not the focusing area is employed as the supervisory area to detect the presence or absence of the subject.

For example, in case that supervisory area A11 is set and supervisory area A11 and variable area A12 (where areas A11 and A12 are exclusive from each other) are shifted to each other, as shown in FIG. 6, the camera operation begins in step S11. Then, the picture area of the subject image picked up by the optical system is partitioned into plurality of picture areas A11 and A12 in step S12. After this, the auto focusing is carried out with respect to area A12 set as the focusing area in step S13. The subject detection is decided within the area set as supervisory area A11 during executing the auto focusing in step S14. If the subject is detected in supervisory area A11 in step S14, the supervisory area is changed into area A12 from area A11, the focusing area is changed into area A11 from area A12 in step S15. Under this changed state, the program proceeds to step S13 to perform the auto focusing in accordance with the result of the decision in step S14. Whereas, if it is decided that the subject is not detected in supervisory area A11 in step S14, the program proceeds to step S13 to continue the auto focusing in the previous focusing area prior to being changed.

In other words, supervisory area A1 executes only the subject observation while the area shift is performed with respect to first variable area A1+A2 and second variable area A1+A2+A3 in the first embodiment of the method according to the present invention shown in FIG. 3. By contrast, in the second embodiment of the present invention shown in FIG. 6, supervisory area A11 and variable area A12 are shifted to each other in accordance with the detection of the subject in the supervisory area.

Now, referring to FIG. 7, an apparatus for controlling focusing areas for performing the method for controlling focusing areas of the camera according to the present invention will be described.

The apparatus for controlling focusing areas of the camera according to the present invention shown in FIG.7 includes an optical system 10 formed by an objective lens 10a, a zoom lens 10b, an iris 10c and a focusing lens 10d for picking up the image of the subject by a prescribed picture area. Also, a CCD 20 converts the image of the subject picked up by optical system 10 into an electric video signal, and an AGC circuit 30 performs the automatic gain control of the video signal converted by CCD 20. In addition to these, a digital processing section 40 digitizes the AGC-processed video signal and separates the digitized signal into a luminance signal and a chrominance signal to process them, and a high-pass filter 50 filters an output luminance signal of digital signal processing section 40 to provide high band components thereof. A supervisory area setting section

EXHIBIT 1 PAGE 10

5,995,767

7

80 sets a first predetermined area among the picture areas of optical system 10 formed of the output signals of high-pass filter 50 as a supervisory area, and a contrast detecting section 90 obtains an integrated value of the filtered high band components with respect to the supervisory area. Also included as part of the apparatus are a reference value supplying section 110 for supplying a reference value of a contrast value, and a comparing section 100 for comparing an output value of contrast detecting section 90 with the reference value supplied from reference value supplying section 110. A focusing area setting section 60 sets a predetermined second area among the picture areas of optical system 10 as a focusing area. An evaluation value detecting section 70 detects an evaluation value with respect to the focusing area set by focusing area setting section 60. A controlling section 120 executes the auto focusing control in the focusing area by performing the area shift from the supervisory area into the focusing area when the subject is not detected in the supervisory area, while constantly observing the presence or absence of the subject in the supervisory area based on the output of comparing section 100. Further to this, controlling section 120 controls to continuously observe the presence or absence of the subject in the supervisory area even after completing the auto focusing or during performing the auto focusing in the focusing area. A motor driving section 130 receives a lens driving control signal from controlling section 48 to drive a focusing lens driving motor 140 which is driven under the control of motor driving section 130 for driving focusing lens 10d.

The image picked up in optical system 10 is converted into the electric video signal in CCD 20 via objective lens 10a, zoom lens 10b, iris 10c and focusing lens 10d. Then, the obtained video signal is automatically gain-controlled by AGC circuit 30 to be supplied into digital signal processing section 40.

An A/D converter 40a of digital signal processing section 40 converts an analog video signal input into a digital signal, and an Y/C separator 40b separates the digital video signal into a luminance signal Y and a chrominance signal C.

Separated chrominance signal C is processed via a chrominance signal processor 40c, and luminance signal Y is processed via a luminance signal processor 40d. By doing so, a composite video signal CVS is obtained by adding signals Y and C in adder 40e.

At this time, the luminance signal provided from luminance signal processor 40d is filtered by high-pass filter 50 to provide only the high band components of the luminance signal corresponding to the outline portion of the image. Under the control of controlling section 120, supervisory area setting section 80 sets the predetermined first area, preferably the center area, among the picture areas of optical system 10 of the output signals of high-pass filter 50 as the supervisory area.

With respect to the supervisory area set by supervisory area setting section 80, contrast detecting section 90 obtains the integrated value of the filtered high band components. The detected integrated value is supplied to comparing section 100 together with the reference value of the contrast value with respect to the supervisory area supplied from reference value supplying section 110. Then, comparing section 100 compares the output value of contrast detecting section 90 with the reference value supplied from reference value supplying section 110 to provide the result of the comparison to controlling section 120.

Aforementioned supervisory area setting section 80, contrast detecting section 90, comparing section 100 and ref-

8

erence value supplying section 110 function as a detecting section X which detects the presence or absence of the subject in the supervisory area.

In the meantime, controlling section 120 determines that the subject is detected in the set supervisory area when the integrated value of the outline components is larger than the reference value in the set supervisory area. Or it determines that the subject is not detected in the set supervisory area when the integrated value of the outline components is smaller than the reference value in the set supervisory area.

When it is determined that the subject is detected in the supervisory area, controlling section 120 provides the lens driving control signal to control motor driving section 130. Focusing lens motor 140 drives focusing lens 10d based on the control output of motor driving section 130, thereby carrying out the auto focusing control in the supervisory area.

However, if it is determined that the subject is not detected in the supervisory area, controlling section 120 decides whether the subject is detected or not in the focusing area, which is to be described later.

Here, under the control of controlling section 120, focusing area setting section 60 sets the predetermined second area among the picture areas of optical system 10 formed of the output signals of high-pass filter 50 as the focusing area.

Evaluation value detecting section 70 then detects the evaluation value by a difference value of the integrated values of the filtered high band components with respect to the focusing area set by focusing area setting section 60.

At this time, focusing area setting section 60 and evaluation value detecting section 70 function as a detecting section Y which detects the presence or absence of the subject in areas except the supervisory area.

On the other hand, when the subject detection in the focusing area is determined in accordance with the output of evaluation value detecting section 70, controlling section 120 provides the lens driving control signal to control motor driving section 130. Then, focusing lens motor 140 drives focusing lens 10d based upon the control output of motor driving section 130, thereby executing the auto focusing in the focusing area.

Here, the focusing area may consist of plurality of areas. In this case, if it is decided that the subject is not detected in the supervisory area, preferably, the areas nearer to the supervisory area set in the center area among the plurality of focusing areas are sequentially set as the focusing areas to decide the subject detection in corresponding area. In turn, in accordance with the result of the detection, the auto focusing control is performed in the corresponding area or the area is variably changed to the next area.

As described above, after completing the auto focusing in the focusing area, controlling section 120 advances to the supervisory mode for detecting the subject in the supervisory area. Or it continuously observes the presence or absence of the subject in the supervisory area even during executing the auto focusing in the focusing area to thereby perform the auto focusing in the supervisory area once the subject is detected in the supervisory area.

Furthermore, the focusing area may be set by excluding the supervisory area among the picture areas of optical system 10, as shown in FIG. 5.

In case that detecting section X, consisting of supervisory area setting section 80, contrast detecting section 90, comparing section 100 and reference value supplying section 110, detects the subject within the supervisory area, the

EXHIBIT 1  PAGE 11

5,995,767

9

supervisory area is changed by the focusing area and, vice versa, the focusing area is changed by the supervisory area to perform the auto focusing in the replaced supervisory area.

By employing the method for controlling focusing areas and apparatus for performing the same according to the present invention, the supervisory area is applied for enhancing precision of the auto focusing with respect to the center subject in case of multiple subjects. Furthermore, overall picture areas are utilized to accurately decide the direction, although there is no subject in the center area, while enabling the correct focusing.

Especially, when using a wide area, it is possible to be sensitive to the change of the main subject.

Other embodiments of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. It is intended that the specification and examples be considered as exemplary only, with a true scope and spirit of the invention being indicated by the following claims.

What is claimed is:

1. A method for controlling focusing areas of a camera, comprising:

partitioning a picture image area representing an image of a subject into a plurality of picture areas;

setting a supervisory area among said plurality of picture areas;

setting a focusing area among said plurality of picture areas based on whether said subject is present or absent in said supervisory area; and

performing an auto focusing operation in said focusing area.

2. A method for controlling focusing areas of a camera as claimed in claim 1, further comprising detecting whether said subject is present within said supervisory area while maintaining said focusing area.

3. A method for controlling focusing areas of a camera as claimed in claim 1, wherein said focusing area includes said supervisory area.

4. A method for controlling focusing areas of a camera as claimed in claim 2, further comprising repeatedly performing said setting a focusing area based on a result of detecting whether said subject is present within said supervisory area.

5. A method for controlling focusing areas of a camera, comprising:

partitioning a picture image area representing an image of a subject into a plurality of picture areas;

setting a center area among said plurality of picture areas as a first area and an outer peripheral area as a second area;

setting one of said first and second areas as a focusing area;

performing an auto focusing operation in said focusing area;

setting another of said first and second areas as a supervisory area;

detecting a presence or absence of the subject within said supervisory area while setting said focusing area; and

exchanging said focusing area and said supervisory area and repeating said setting and performing an auto focusing operation on said focusing area and said detecting the presence or absence of the subject within said supervisory area when said detecting detects the presence of said subject within said supervisory area.

10

6. A method for controlling focusing areas of a camera as claimed in claim 5, wherein said first area and second area are exclusive from each other.

7. An apparatus for controlling focusing areas of a camera, comprising:

first detector for setting a supervisory area among a plurality of picture areas collectively representing an image field and detecting whether a subject is present or absent within said supervisory area;

second detector for setting a focusing area among said plurality of picture areas, and detecting whether a subject is present or absent within said focusing area; and

controller for exchanging said supervisory area and said focusing area based on a result of the detecting of said first detector and for performing an auto focusing operation in said focusing area, and continuously detecting whether a subject is present or absent within said supervisory area.

8. An apparatus for controlling focusing areas of a camera as claimed in claim 7, wherein said focusing area includes a plurality of focusing areas, and said exchanging said supervisory area and said focusing area is sequentially carried out between one of said plurality of focusing areas adjacent said supervisory area and the supervisory area.

9. An apparatus for controlling focusing areas of a camera as claimed in claim 7, wherein said focusing area includes a plurality of focusing areas and at least one of said plurality of focusing area is exclusive with said supervisory area.

10. An apparatus for controlling focusing areas of a camera as claimed in claim 9, wherein said controller includes means for exchanging said supervisory area and said focusing area when said first detector detects that said subject is present within said supervisory area.

11. An apparatus for controlling focusing areas of a camera as claimed in claim 7, wherein said controller includes means for exchanging said supervisory area and said focusing area when said first detector detects that said subject is present within said supervisory area.

12. An apparatus for controlling focusing areas of a camera as claimed in claim 7, wherein said supervisory area is a center area among said plurality of picture areas.

13. An apparatus for controlling focusing areas of a camera as claimed in claim 7, wherein said first detector includes a supervisory area setting section for setting said supervisory area first area among said picture areas; a contrast detecting section for obtaining an integrated value representing a high frequency component of a video signal representing said image field; and a comparing section for comparing said integrated value with a reference value, and

wherein said second detector includes a focusing area setting section for setting said focusing area among said plurality of picture areas exclusive said supervisory area, and an evaluation value detecting section for detecting an evaluation value with respect to said focusing area, and

wherein said controller means performs said auto focusing operation in said focusing area in accordance with said evaluation value and exchange said supervisory area and said focusing area when said subject is not detected in said supervisory area, while constantly detecting whether said subject is present or absent in said supervisory area based on the result of said comparing.

* * * * *

EXHIBIT 1  PAGE 12



US005774131A

# United States Patent [19]

## Kim

[11] **Patent Number:** 5,774,131

[45] **Date of Patent:** Jun. 30, 1998

[54] **SOUND GENERATION AND DISPLAY CONTROL APPARATUS FOR PERSONAL DIGITAL ASSISTANT**

[75] Inventor: **Hong Joo Kim**, Seoul, Rep. of Korea

[73] Assignee: **LG Electronics Inc.**, Seoul, Rep. of Korea

[21] Appl. No.: **547,226**

[22] Filed: **Oct. 24, 1995**

[30] **Foreign Application Priority Data**

Oct. 26, 1994 [KR] Rep. of Korea .................. 27483/1994

[51] Int. Cl.$^6$ .................................................... G06F 15/16
[52] U.S. Cl. .................. **345/503**; 345/509; 364/400.01; 704/270
[58] Field of Search ...................................... 395/501–526, 395/762, 807, 2.09, 2.79; 345/113, 115, 185–187, 189, 203, 112, 154, 501–503, 507, 509, 512, 521; 364/514 A, 400.01; 704/200, 270, 272

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,432,900 | 7/1995 | Rhodes et al. | 345/302 |
| 5,491,498 | 2/1996 | Koyama et al. | 345/521 |
| 5,537,608 | 7/1996 | Beatty et al. | 379/521 |
| 5,553,220 | 9/1996 | Keene | 345/520 |

*Primary Examiner*—Matthew M. Kim

*Assistant Examiner*—U. Chauhan

[57] **ABSTRACT**

An improved sound generation and display control apparatus for a personal digital assistant capable of improving the system thereof and a transmission performance for various kinds of display apparatuses and capable of editing an externally supplied video source and providing an overlay function, which includes a central processing unit for controlling the entire system so as to display stored data and to generate sound; a graphic and sound co-processor for processing graphic and sound data in accordance with a control of the central processing unit; a memory for storing the graphic and sound data processed by the graphic and sound co-processor and for storing system data; a direct memory access (DMA) controller for accessing the data stored in the memory in accordance with a DMA request; a bus arbitrator and memory controller for arbitrating an allocation of a system bus and for controlling an access to the memory and a refreshment of the memory; a sound generator for receiving the sound data outputted from the memory through the DMA controller and for generating a sound corresponding to the sound data applied thereto; and a display timing controller for receiving the display data outputted from the memory through the DMA controller and for processing the display data so as to display the data on a display member, thus providing a video overlay function and the capability of editing an externally applied video data, providing a single memory system, and enhancing the system operation performance.

**19 Claims, 4 Drawing Sheets**



EXHIBIT 2  PAGE 13



FIG. 1
CONVENTIONAL ART

EXHIBIT 2  PAGE 14



FIG. 2

EXHIBIT 2  PAGE 15

# FIG. 3



EXHIBIT 2 PAGE 16



FIG. 4

EXHIBIT 2  PAGE 17

5,774,131

1

# SOUND GENERATION AND DISPLAY CONTROL APPARATUS FOR PERSONAL DIGITAL ASSISTANT

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a sound generation and display control apparatus for a personal digital assistant, and in particular to an improved sound generation and display control apparatus for a personal digital assistant, capable of improving the system thereof and a transmission performance for various kinds of display apparatuses, editing an externally supplied video source, and having an overlay function.

### 2. Description of the Conventional Art

Referring to FIG. 1, a conventional sound generation and display control apparatus for a personal digital assistant includes a central processing unit 1 for controlling the entire system, a system memory 2 for storing system data being used in the central processing unit 1 and sound data outputted from the central processing unit 1, a memory controller 3 for controlling an access to the system memory 2 and a refreshment of the system memory 2, a sound generator 4 for receiving the sound data stored in the system memory 2 in accordance with a control of the central processing unit 1 and for generating a sound SD corresponding to the sound data applied thereto, a display memory 6 for storing the display data outputted from the central processing unit 1, and a display timing controller 5 for executing an arbitration function with respect to a data bus and a display memory bus (DMB) and for accessing the display memory 6 for refreshing the screen.

The operation of the conventional sound generation and display control apparatus for a personal digital assistant will now be explained with reference to FIG. 1.

To begin with, the central processing unit 1 transmits an address to the display timing controller 5 through an address bus. The display data of the display memory 6 corresponding to the address is transmitted through the display memory bus and the data bus by the display timing controller 5, and the central processing unit 1 reads the display data. In addition, the central processing unit 1 writes the display data on to the display memory 1 through the display timing controller 5. The display timing controller 5 arbitrates the allocations of the data bus and the display memory bus and accesses the refreshing data of the display memory 6 so as to refresh the screen on which the display data are displayed. In case that the display memory 6 is a DRAM, there is provided a logic so as to refresh the display memory 6.

Meanwhile, the system memory 2 includes a sound buffer region so as to store the sound data processed by the central processing unit 1. The sound generator 4 receives the sound data stored in the system memory 2 through a previously fixed input/output port in accordance with a control of the central processing unit 1 and the memory controller 3, and generates a sound SD corresponding to the sound data. The sound generator 4 processes the sound data to create a specific sound effect like an echo effect, and in case that the system memory 2 is a DRAM, the memory controller 3 includes a predetermined logic so as to refresh the system memory 2.

However, the conventional sound generation and display control apparatus has disadvantages in that since it additionally includes a display memory, there should be some logic such as a refreshing logic for a memory control, This

2

disadvantageously requires more space for additional elements and results in higher power consumption. In addition, the conventional sound generation and display control apparatus for a personal digital assistant uses a suspended mode-like power management method so as to extend the life span of the battery adopted thereto. In such suspended mode-like power management method, since the power is supplied only to the power control logic and the system memory, it is disadvantageously necessary to move the data stored in the system memory to the display memory so as to resume the data stored in the system memory after copying the data of the display memory to the system memory. Moreover, it is difficult to provide a space as large as the display memory in the system memory at a personal digital assistant without using an additional memory apparatus.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of the present invention to provide a sound generation and display control apparatus for a personal digital assistant, which overcomes the problems encountered in conventional sound generation and display control apparatuses for a personal digital assistant.

It is another object of the present invention to provide an improved sound generation and display control apparatus for a personal digital assistant capable of improving system and transmission performances for various kinds of display apparatuses and of editing an externally supplied video source and having an overlay function.

To achieve the above and other objects, in accordance with a first embodiment of the present invention, there is provided a sound generation and display control apparatus for a personal digital assistant, which includes a central processing unit for controlling the entire system so as to display stored data and to generate sound; a graphic and sound co-processor for processing graphic and sound data in accordance with a control of the central processing unit; a memory for storing graphic and sound data processed by the graphic and sound co-processor and for storing system data; a DMA controller for accessing the data stored in the memory in accordance with a DMA request; a bus arbitrator and memory controller for arbitrating an allocation of a system bus and for controlling an access with respect to a memory and a refreshment of the memory; a sound generator for receiving the sound data outputted from the memory through the DMA controller and for generating a sound corresponding to the sound data applied thereto; and a display timing controller for receiving display data outputted from the memory through the DMA controller and for processing the display data so as to display the data on a display member.

To achieve the above and other objects, in accordance with a second embodiment of the present invention, there is provided a sound generation and display control apparatus for a personal digital assistant, which includes a central processing unit for controlling the entire system so as to display stored data and to generate sound; a graphic co-processor for processing graphic data in accordance with a control of the central processing unit; a memory for storing graphic and system data processed by the graphic co-processor; a bus arbitrator and memory controller for arbitrating an allocation of a system bus and for controlling an access with respect to the memory and a refreshment of the memory; a video decoder for decoding an externally applied video source in a format to be displayed on a display member; a video memory for storing data decoded by the video decoder;

EXHIBIT 2 PAGE 18

5,774,131

**3**

a display timing controller for processing the data of the memory applied thereto through a system bus and for overlaying the data of the memory and the data outputted from the video memory and for displaying the data on the display member; and a DMA controller for accessing the data stored in the memory in accordance with a DMA request signal outputted from the display timing controller, transmitting the data to the display timing controller, reading the data in accordance with a control of the central processing unit, and for storing the data of the video memory in the memory. Further scope of applicability of the present invention will become apparent from the detailed description given hereinafter. However, it should be understood that the detailed description and specific examples, while indicating preferred embodiments of the invention, are given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become more fully understood from the detailed description given hereinbelow and the accompanying drawings which are given by way of illustration only, and thus are not limitative of the present invention, and wherein:

FIG. 1 is a block diagram of a conventional sound generation and display control apparatus for a personal digital assistant;

FIG. 2 is a block diagram of a sound generation and digital control apparatus for a personal digital assistant according to a first embodiment of the present invention.

FIG. 3 is a block diagram of a graphic and sound co-processor of FIG. 2 according to the present invention; and

FIG. 4 is a block diagram of a sound generation and digital control apparatus for a personal digital assistant according to a second embodiment of the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

Referring to FIG. 2, the construction of a sound generation and control apparatus for a personal digital assistant according to a first embodiment of the present invention will now be explained.

To begin with, as shown in FIG. 2, the sound generation and control apparatus for a personal digital assistant includes a central processing unit 11 for controlling the entire system so as to display data and to generate a specific sound, a memory 12 for storing system data, display data, and sound data, a DMA (Direct Memory Access) controller 13 for controlling access to the data stored in the memory 12, a bus arbitrator and memory controller 14 for arbitrating the allocations of the system bus and for controlling the access to and refreshment of the memory 12, a graphic and sound co-processor 15 for processing the sound and graphic data under control of the central processing unit 11, and a display timing controller 17 for receiving the graphic data from the DMA controller 13 and processing the data so as to display on a display member (not shown), such as a CRT, an LCD, and the like.

Here, the memory 12 includes a system memory 12A in which the system data are stored, a display memory 12B in which the display data to be displayed on the display member are stored, and a sound memory 12C in which the sound data processed by the sound generator 16 are stored.

**4**

The graphic and sound co-processor 15, as shown in FIG. 3, includes a control logic 150 for interfacing between the central processing unit 11 and the bus arbitrator and memory controller 14 and for controlling an internal module, a graphic engine 151 for generating graphic data in accordance with a control of the control logic 150, an arithmetic logic operation unit 152 for executing an operation needed to generate the graphic data, an address generator 153 for generating an address for an apparatus which displays the graphic data under control of the control logic 150 and the graphic engine 151, an address FIFO(First In First Out) circuit 154 for storing the address outputted from the address generator 153 in a FIFO form in accordance with a control of the control logic 150, a sound engine 156 for generating sound data in accordance with a control of the control logic 150 and for outputting to the address FIFO circuit 154 the address of the apparatus which outputs a sound corresponding to the sound data, and a data FIFO circuit 155 for storing the graphic data and the sound data in a FIFO form in accordance with a control of the control logic 150.

In addition, the graphic engine 151 includes a line drawing processor 151-1, a circle drawing processor 151-2, a rectangle drawing processor 151-3, a bit block transmitter 151-4, and a filling processing circuit 151-5, the sound engine 156 includes an echo and synthesizing circuit 156-1, and a text/speech conversion circuit 156-2.

The operation of the sound generation and display control apparatus for a personal digital assistant according to the first embodiment of the present invention will now be explained with reference to FIG. 2.

To begin with, the central processing unit 11 generally accesses the system memory 12A, the display memory 12B, and the sound memory 12C so as to process sound data and display data effectively, so that the performance of the entire system is enhanced.

The central processing unit 11 includes the graphic and sound co-processor 15 so as to enable a graphic and sound data processing. Here, the graphic and sound co-processor 15 is necessary for data processing, such as transmission of the bit blocks, graphic drawings, and sound effects such as an echo effect. That is, when the central processing unit 11 applies a clock signal CLK, an address signal ADDRESS, and a selection signal SLT to the control logic 150, the graphic engine 151 executes a line drawing, a circle drawing, a rectangle drawing, a bit block transmission, and a filling process in accordance with a control of the control logic 150. Thereafter, the graphic engine 151 generates and outputs the graphic data to the data FIFO circuit 155, and the address generator 153 generates an address of an apparatus on which the graphic data are to be displayed and outputs this address to the address FIFO circuit 154. In addition, the sound engine 156 generates an echo, mixes a sound, converts a text into a speech, outputs a corresponding data to the data FIFO circuit 155, and outputs the address corresponding to the sound data to the address FIFO circuit 154.

Thereafter, the control logic 150 outputs a data bus request signal GBUSREQ to the bus arbitrator and memory controller 14, and the bus arbitrator and memory controller 14 applies a recognition signal GBUSACK to the control logic 150. The signal GBUSACK corresponds to a data bus to be allocated to the graphic and sound co-processor 15. Thereafter, the control logic 150 applies an interruption signal INT to the central processing unit 11, and stores an address corresponding to the graphic and sound data to the display memory 12B and the sound memory 12C.

When the DMA controller 13 receives a DMA request signal SOUNDDRQ from the sound generator 16 and a

EXHIBIT 2 PAGE 19

5,774,131

| 5 | 6 |

DMA request signal DISPLAYDRQ from the display timing controller 17, the DMA controller 13 outputs a data bus request signal DBUSREQ to the bus arbitrator and memory controller 14, and the bus arbitrator and memory controller 14 outputs a recognition signal ABUSACK to the DMA controller 13, informing an application of the data bus to the DMA controller 13. Thereafter, the DMA controller 13 outputs the recognition signals SOUNDDACK and DISPLAYDACK to the sound generator 16 and the display timing controller 17, respectively, and outputs the data stored in the sound memory 12C and data stored in the display memory 12B to the sound generator 16 and the display timing controller 17, respectively.

Here, the DMA controller 13 includes a logic for arbitrating a DMA request of the sound generator 16 and the display timing controller 17. At this time, the DMA request signal DISPLAYDRQ has the priority with respect to the DMA request signal SOUNDDRQ. In addition, the bus arbitrator and memory controller 14 has functions of arbitrating the allocation of the data bus and refreshing the memory 12 in case that the memory 12 is a DRAM, and of controlling the memory accesses of the central processing unit 11, the DMA controller 13, and the graphic and sound co-processor 15.

The sound generator 16 receives the sound data outputted from the sound memory 12C through the DMA data bus and generates a sound corresponding to the sound data, and the display timing controller 17 receives the display data outputted from the display memory 12B through the DMA data bus and formats the data for a display member such as an LCD, a CRT, a television set of an NTSC/PAL and the like.

Referring to FIG. 4, the second embodiment of the present invention includes the same elements as in the first functioning in the same manner, except a video decoder 18 for decoding an externally applied video source, a video memory 19 for storing the output data of the video decoder 18, and a mixer 17A for mixing the output data of the video memory 19 and the output data outputted from the display memory 12B are additionally provided.

Here, the mixer 17A is provided in the interior of the display timing controller 17'.

The operation of the second embodiment according to the present invention will now be explained with reference to FIG. 4.

The video decoder 19 decodes an externally applied video source into a data format suitable for the display timing controller 17' and stores the decoded data in the video memory 19.

In addition, the mixer 17A provided in the display timing controller 17' mixes the data outputted from the video memory 19 and the data outputted from the display memory 12B, and outputs the data to a display element such as a CRT or an LCD, so that a video overlay function can be achieved. In addition, the data stored in the video memory 19 are stored in the display memory 12B in accordance with a control of the DMA controller 13, and the stored video source can be edited in accordance with a control of the central processing unit 11 so that the externally video sources can be edited and displayed to establish a multimedia.

As described above, a sound generation and display control apparatus for a personal digital assistant according to the embodiments of the present invention is capable of improving the performances of the system by providing a graphic and sound co-processor and increasing the data transmission speed between the memory, the sound

generator, and the DMA controller by controlling the access of the memory using a DMA controller. In addition, the present invention includes a certain member for processing an externally applied video data to provide a video overlay function, editing an externally applied video data, providing a single memory system, enhancing the system operation performance by removing a certain logic for a memory control, and reducing a space and power consumption. The invention being thus described, it will be obvious that the same may be varied in many ways. Such variations are not to be regarded as a departure from the spirit and scope of the invention, and all such modifications as would be obvious to one skilled in the art are intended to be included within the scope of the following claims.

What is claimed is:

1. A sound generation and display control apparatus for a personal digital assistant, comprising:

a central processing unit for controlling operations of a system;

a graphic and sound co-processor for processing graphic and sound data in accordance with a control of said central processing unit;

a memory for storing the graphic and sound data processed by said graphic and sound co-processor and for storing system data;

a direct memory access (DMA) controller for accessing the graphic data, the sound data and the system data stored in said memory;

a bus arbitrator and memory controller for arbitrating an allocation of a system bus and for controlling an access to the memory;

a sound generator for receiving the sound data outputted from the memory through said DMA controller and for generating a sound corresponding to the sound data; and

a display timing controller for receiving display data from the memory through the DMA controller and for processing the display data so as to display the display data on a display unit,

wherein said graphic and sound co-processor includes,

a graphic engine for generating the graphic data;

an arithmetic logic operator for executing an operation so as to generate the graphic data; and

a sound engine for generating the sound data, and

wherein the display timing controller overlays the graphic data of the memory and video data externally input thereto.

2. The apparatus of claim 1, wherein said graphic and sound co-processor further includes:

a control logic for interfacing between the central processing unit and the bus arbitrator and memory controller, and for controlling the graphic engine, the arithmetic logic operator, and the sound engine;

an address generator for generating an address of an apparatus on which the graphic data are to be displayed in accordance with the control logic and said graphic engine; and

an address circuit for storing and outputting the address generated from said address generator in accordance with a control of the control logic.

3. The apparatus of claim 2, wherein said sound engine outputs an address corresponding to the sound data to said address circuit.

4. The apparatus of claim 2, wherein said graphic and sound co-processor further includes:

EXHIBIT 2  PAGE 20

5,774,131

7

a data circuit for storing the graphic and sound data in a predetermined form under control of the control logic.

5. The apparatus of claim 4, wherein the predetermined form is a FIFO (first-in-first-out) form.

6. The apparatus of claim 1, wherein said memory includes a system memory for storing the system data, and a display memory for storing the graphic data processed by the graphic and sound co-processor.

7. The apparatus of claim 1, wherein said display unit is one of a liquid crystal display (LCD), a cathode ray tube (CRT), and a television set of an NTSC/PAL.

8. The apparatus of claim 1, further comprising:

a video decoder for decoding the externally applied video data; and

a video memory for storing data decoded by said video decoder.

9. The apparatus of claim 8, wherein the display timing controller includes a mixer for mixing the graphic data of the memory and the data of the video memory.

10. The apparatus of claim 1, wherein said graphic engine includes at least one of a line drawing processor, a circle drawing processor, and a rectangle drawing processor.

11. The apparatus of claim 10, wherein said sound engine includes an echo and synthesizing circuit and a text/speech converting circuit.

12. A sound generation and display control apparatus for a personal digital assistant, comprising:

a central processing unit for controlling operations of a system;

a graphic co-processor for processing graphic data in accordance with a control of said central processing unit;

a memory for storing the graphic data processed by said graphic co-processor and storing system data;

a bus arbitrator and memory controller for arbitrating an allocation of a system bus and for controlling an access to the memory;

8

a video decoder for decoding an externally applied video source into a format suitable for a display unit;

a video memory for storing data decoded by said video decoder;

a display timing controller for processing the graphic data of said memory through a system bus and for overlaying the graphic data of the memory and the data outputted from said video memory and for displaying the overlayed data on said display unit; and

a direct memory access (DMA) controller for accessing the graphic data stored in the memory under control of said display timing controller.

13. The apparatus of claim 12, wherein said display timing controller includes a mixer for mixing the data outputted from the video memory and the graphic data of the memory.

14. The apparatus of claim 12, wherein the direct memory access controller transmits the graphic data to said display timing controller, and stores the data of the video memory in the memory.

15. The apparatus of claim 12, wherein the display unit is one of a liquid crystal display, a cathode ray tube, and an NTSC/PAL television set.

16. The apparatus of claim 15, wherein said graphic co-processor includes means for processing sound data under control of said central processing unit.

17. The apparatus of claim 16, wherein said graphic co-processor includes a graphic engine for generating the graphic data, and a sound engine for generating the sound data.

18. The apparatus of claim 17, wherein said graphic engine includes at least one of a line drawing processor, a circle drawing processor, and a rectangle drawing processor.

19. The apparatus of claim 17, wherein said sound engine includes an echo and synthesizing circuit and a text/speech converting circuit.

* * * * *

EXHIBIT 2  PAGE 21

**EXHIBIT 3**

US006281895B1

(12) **United States Patent**
Jeong

(10) Patent No.: **US 6,281,895 B1**
(45) **Date of Patent:** **Aug. 28, 2001**

| | | | | |
|---|---|---|---|---|
| 6,037,998 | * | 3/2000 | Usui et al. | 348/569 |
| 6,078,361 | * | 6/2000 | Reddy | 348/558 |

* cited by examiner

*Primary Examiner*—John Cabeca
*Assistant Examiner*—Kieu D. Vu
(74) *Attorney, Agent, or Firm*—Ostrolenk, Faber, Gerb & Soffen, LLP

(54) **LEVEL ADJUST DISPLAY APPARATUS AND METHOD FOR ON-SCREEN DISPLAY MENU IN IMAGE DISPLAY DEVICE**

(75) Inventor: **Seok Hwa Jeong**, Kumi (KR)

(73) Assignee: **LG Electronics, Inc.** (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/229,881**

(22) Filed: **Jan. 14, 1999**

(30) **Foreign Application Priority Data**

Aug. 4, 1998 (KR) ............................................. 1998-31734

(51) Int. Cl.[7] ................................... G06F 3/14; H04N 5/44
(52) U.S. Cl. ......................... 345/339; 345/352; 345/901; 348/563; 348/569
(58) Field of Search ..................................... 345/326, 160, 345/157, 168, 150, 352, 231, 132, 339; 348/569, 563, 564, 570

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,603,729 | * | 9/1971 | Sperber | 348/154 |
| 5,838,386 | * | 11/1998 | Kim | 348/569 |
| 5,880,814 | * | 3/1999 | McKnight et al. | 351/239 |
| 5,990,940 | * | 11/1999 | Hashimoto et al. | 348/184 |

(57) **ABSTRACT**

A level adjust display apparatus and method for an on-screen display (OSD) menu of an image display device which displays function control targets in the form of an OSD menu on a screen is disclosed. The apparatus includes a key input unit including a vertical adjust button and a horizontal adjust button for selecting and adjusting the function control targets, an OSD menu generation unit enabling respective level adjust directions of the function control targets to be displayed vertically or horizontally, and a control unit enabling a disposed direction of the vertical adjust button or the horizontal adjust button, a level adjust display direction for each of the function control targets and a vertical direction (position) or a horizontal direction (position) actually implemented on the screen with regard to the function control targets to correspond to each other, whereby the respective adjusting directions of level adjust buttons, the moving direction of OSD menu level meter and actual moving directions (positions) of function control targets implemented on the screen are in accordance with each other.

**35 Claims, 7 Drawing Sheets**



EXHIBIT 3  PAGE 22

Case 3:09-cv-00343-H-BLM   Document 1    Filed 02/20/09   Page 31 of 46

# FIG. 1
### BACKGROUND ART



HEADPHONE JACK

MICROPHONE JACK

SOUND

MUTE

MIC

CONTRAST

BRIGHTNESS

POWER BUTTON

POWER(DPMS) INDICATOR

# FIG. 2
### BACKGROUND ART



SOUND

MUTE

MIC

BRIGHTNESS

CONTRAST

POWER BUTTON

POWER(DPMS) INDICATOR

EXHIBIT 3  PAGE 23

# FIG. 3A
### BACKGROUND ART



# FIG. 3B
### BACKGROUND ART



# FIG. 3C
### BACKGROUND ART



EXHIBIT 3  PAGE 24

# FIG. 3D
### BACKGROUND ART



# FIG. 3E
### BACKGROUND ART



# FIG. 3F
### BACKGROUND ART



EXHIBIT 3  PAGE 25

Case 3:09-cv-00343-H-BLM   Document 1   Filed 02/20/09   Page 34 of 46

# FIG. 4



EXHIBIT 3  PAGE 26

# FIG. 5



# FIG. 6



EXHIBIT 3  PAGE 27

## FIG. 7A



## FIG. 7B



## FIG. 7C



EXHIBIT 3  PAGE 28

Case 3:09-cv-00343-H-BLM   Document 1   Filed 02/20/09   Page 37 of 46

# FIG. 7D



VARIABLE HISTOGRAM

# FIG. 7E



MOVING BAR

# FIG. 7F



CENTER

MOVING BAR

EXHIBIT 3  PAGE 29

US 6,281,895 B1

| 1 | 2 |

**LEVEL ADJUST DISPLAY APPARATUS AND METHOD FOR ON-SCREEN DISPLAY MENU IN IMAGE DISPLAY DEVICE**

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to an on-screen display (OSD) apparatus for an image display device such as TV, VCR, computer monitor, etc., and more particularly, to an improved level adjust display apparatus and method for an OSD menu in an image display device which displays respective function control targets for the image display device on a screen in the form of an OSD menu by corresponding an adjust direction of each of the function control targets to a moving direction of an OSD menu level meter, thereby enabling a user to easily control the function control targets using OSD level control buttons and an OSD menu level meter.

2. Description of the Background Art

In an image display device, general function control targets such as volume, brightness, contrast, horizontal size, horizontal position, vertical size, vertical position, etc., which are included in OSD menus, are displayed on a screen, whereby a user can directly select and adjust an OSD menu item from the screen while visually confirming the adjustment.

FIG. 1 is a schematic front view illustrating an OSD menu control button installation of a conventional image display device, and FIG. 2 is a partially enlarged view detailing a control panel in FIG. 1.

As shown in FIG. 1, the image display device includes a Braun tube 1, a cabinet 2 and a control panel 3 disposed on the front side of the cabinet 2. The control panel 3 includes a level adjust button 4 for adjusting the OSD menu level on the screen, and a set/complete button 7 for setting the OSD menu and completing the menu setting. The level adjust button unit 4 includes a level increase button 5 and a level decrease button 6 disposed at each side thereof, serving to increase or decrease the menu level.

Initially, when the set/complete button 7 is pressed, the OSD menu is displayed on the screen.

FIGS. 3A through 3F respectively show OSD menus with regard to function control targets according to the conventional art, wherein FIG. 3A shows an OSD menu for contrast, FIG. 3B shows an OSD menu for brightness, FIG. 3C shows an OSD menu for horizontal size, FIG. 3D shows an OSD menu for horizontal position, FIG. 3E shows an OSD menu for vertical size, and FIG. 3F shows an OSD menu for vertical position. A rectangular pattern in the central OSD screen represents a level meter and its internal area represents a standard area. A thick colored portion in the standard area represents a variable histogram which horizontally fluctuates from the leftmost point thereof toward the right direction. A plurality of fixed indication items displayed adjacent to the level meter represent OSD menus for respective function control targets. A shadowed item among the indication items indicates that the OSD menu item is selected.

Here, when a user presses the level increase button 5 or the level decrease button 6 of the level control button unit 4, the variable histogram accordingly fluctuates from the leftmost point toward the right side, whereby the user is allowed to recognize the level adjustment with regard to the selected function control target.

According to the control of the plurality of function control targets, the audio volume maximizes or minimizes, the screen contrast becomes clearer or dimmer and the screen brightness brightens or darkens. Likewise, the volume, contrast and brightness have nothing to do with the variation of size and position with regard to the screen, whereby the user can sufficiently recognize the respective adjustments through the size variation of the variable histogram of the level meter with regard to the corresponding function control targets.

However, in order to adjust the function control targets such as horizontal size, horizontal position, vertical size and vertical position, the horizontally variable OSD level meter and the level increase and decrease buttons 5, 6 horizontally disposed to control the function control targets are not suitable.

For example, in order to adjust the horizontal size, the variable histogram of the level meter moves toward one direction, that is, a horizontally single direction, thereby indicating only the horizontal fluctuation in correspondence to the variable diagram, whereas the real horizontal size of the screen image increases or decreases toward the left and right sides, that is, in both horizontal directions. Also, under the adjustment of the horizontal position of the screen image, the screen image is directed to move either toward the left or toward the right side. In case of the vertical size adjustment, the screen image elongates or shrinks vertically, and in case of vertical position adjustment, the screen image moves either upwardly or downwardly. Likewise, the actual function control targets change horizontally from left to right or vertically from top to bottom, whereas the variable histogram of the level meter corresponding to the function control targets only fluctuates horizontally, so that the movement of the variable histogram of the level meter does not match with the variation direction of the real screen image.

Moreover, since the level increase button 5 and the level decrease button 6 are also horizontally disposed, although the buttons 5, 6 correspond to the variable histogram of the level meter in disposition, the buttons 5, 6 do not correspond to the actual moving direction of the screen image. Therefore, when a user needs to change the screen image vertical size or position, it must be remembered which one of the two buttons 5, 6 is for the upward adjustment or downward adjustment.

Consequently, since the level meter function according to the conventional art is not designed on the basis of biotechnics, it may be difficult for a user to recognize the real variation on the screen by pressing the increase or decrease button 5, 6, especially in an image display device wherein an OSD menu is not displayed on its screen. In other words, it may confuse the user, instead of offering convenience.

### SUMMARY OF THE INVENTION

The present invention is directed to overcoming the disadvantages of the conventional level adjust display apparatus and method for an OSD menu in an image display device.

Therefore, it is an object of the present invention to provide a level adjust display apparatus and method for an OSD menu in an image display device which overcomes the conventional disagreement between the adjusting direction by a level adjust button and the moving direction of a level meter being displayed on an OSD screen.

It is another object of the present invention to provide a level adjust display apparatus and method for an OSD menu in an image display device which corresponds respective adjusting directions of level adjust buttons, moving directions of OSD menu level meter and actual moving directions (positions) of function control targets on the screen to each other.

EXHIBIT 3  PAGE 30

US 6,281,895 B1

3

4

To achieve the above-described objects, there is provided a level adjust display apparatus for an OSD menu in an image display device according to the present invention which includes a key input means including a vertical adjust button and a horizontal adjust button for selecting and adjusting the function control targets, an OSD menu generation means enabling respective level adjust directions of the function control targets to be displayed vertically or horizontally, a control means enabling a disposed direction of the vertical adjust button or the horizontal adjust button, a level adjust display direction for each of the function control targets and a vertical direction (position) or a horizontal direction (position) actually implemented with regard to the function control targets to correspond to each other on the screen.

Further, to achieve the above-described object, there is provided a level adjust display method for an OSD menu of an image display device according to the present invention which includes the steps of receiving a command signal for adjusting the function control targets in accordance with the manipulation of a vertical adjust button or a horizontal adjust button, determining a value of the command signal and outputting a control signal and a control data in accordance with the determined value, and displaying an OSD menu including an invariable or static display pattern and a variable moving display pattern on the screen in accordance with the control signal and the control data, wherein a variation direction of the vertical adjust button or the horizontal adjust button, a variation direction of the variable or moving display pattern and a screen image variation direction (position) actually implemented on the screen correspond to each other.

The features and advantages of the present invention will become more readily apparent from the detailed description given hereinafter. However, it should be understood that the detailed description and specific example, while indicating preferred embodiments of the invention, are given by way of illustration only, since various changes and modifications within the spirit and scope of the invention will become apparent to those skilled in the art from this detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will become better understood with reference to the accompanying drawings which are given only by way of illustration and thus are not limitative of the present invention, wherein:

FIG. 1 is a schematic front view illustrating an installation state of conventional OSD menu control buttons of an image display device;

FIG. 2 is an enlarged view detailing a control panel in FIG. 1;

FIGS. 3A through 3F are views respectively illustrating OSD menus being displayed on a screen in correspondence to a plurality of function control targets according to the conventional art;

FIG. 4 is a block diagram illustrating a level control apparatus for an OSD menu of an image display device according to the present invention;

FIG. 5 is a schematic front view illustrating an installation state of OSD menu control buttons of an image display device according to the present invention;

FIG. 6 is an enlarged view detailing a control panel in FIG. 5; and

FIGS. 7A through 7F are views respectively illustrating OSD menus being displayed on a screen in correspondence

to a plurality of function control targets according to the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 4 is a block diagram illustrating a level control apparatus for an OSD menu of an image display device according to the present invention. As shown therein, the apparatus includes a key input unit 11, a control unit 12, an OSD menu generation unit 13, an analog/digital converter 14, a storage unit 15, an image signal output unit 16, a pre-amplifier 17, an image output unit 18, and a CRT (cathode ray tube) 19.

Specifically, the key input unit 11 outputs a command signal for selectively controlling respective control targets of the image display device in accordance with the manipulation of control keys by a user. The control unit 12 determines horizontal and vertical sync signals H-Sync, V-Sync from the image signal output unit 16 and outputs a control signal and control data so as to display the user-selected OSD menu on the screen in accordance with the command signal. The OSD menu generation unit 13 receives the control signal and the control data and outputs OSD image signals Ro, Bo, Go corresponding to the respective function control targets, thereby displaying the selected function control target on the screen as an OSD menu. The analog/digital converter 14 outputs analog signals corresponding to the respective function control targets in accordance with the control signal and the control data. The storage unit 15 stores therein the control data. The image signal output unit 16 outputs image signals R, G, B and the horizontal and vertical synchronous signals H-Sync, V-sync. The pre-amplifier 17 converts the image signals R, G, B and the OSD image signals Ro, Go, Bo to predetermined levels and outputs the resultant values in accordance with a blanking signal BLK. The image output unit 18 amplifies and outputs the converted image signals R, G, B, Ro, Go, Bo. The CRT 19 serving as a display member displays the image signals R, G, B, Ro, Go, Bo from the image output unit 18.

FIG. 5 is a schematic front view illustrating an installation state of OSD menu control buttons of an image display device according to the present invention, and

FIG. 6 is an enlarged view detailing a control panel in FIG. 5.

A cabinet 20 shown in FIG. 5 includes a control panel unit 21. The control panel unit 21 includes a level control button unit 22 for selecting and adjusting a required function among the respective function control targets of the image display device by a user. The level control button unit 22 corresponds to the key input unit 11

As shown in FIG. 6, the level control button unit 22 includes a pair of horizontal control buttons 23, 24 horizontally disposed to horizontally control the function control targets, a pair of vertical control buttons 25, 26 vertically disposed to vertically control the function control targets, and a set/complete button 27 disposed in the center of the control buttons 23, 24, 25, 26 and for selecting and storing the function control targets.

Meanwhile, the key input unit 11 may be implemented using a remote controller serving as the control panel unit 21. Also, the image signal output unit 16 may be implemented using a keyboard of a PC (personal computer).

The OSD menu generation unit 13 displays at least one of respective menu indicators such as characters, abstract characters, numbers, diagrams, symbols, etc., on the OSD screen in an invariable or static pattern in accordance with

EXHIBIT 3  PAGE 31

5

the control signal and the control data, and also displays a varied magnitude of the selected function control target on the screen in a variable or moving pattern. The OSD menu is designed so as to be displayed on the screen of the CRT 19 during an OSD masking.

FIGS. 7A through 7F respectively show OSD menus with regard to the respective function control targets according to the preferred embodiment of the present invention, wherein FIG. 7A shows an OSD menu with regard to an image horizontal size using a moving histogram, FIG. 7B shows an OSD menu with regard to an image horizontal position using a moving histogram, FIG. 7C shows an OSD menu with regard to an image vertical size using a moving histogram, FIG. 7D shows an OSD menu with regard to an image vertical position using a moving histogram, FIG. 7E shows an OSD menu with regard to an image horizontal position using a moving bar, and FIG. 7F shows an OSD menu with regard to an image vertical position using a moving bar.

The rectangular form disposed in the center of the OSD menu screen is a level meter. The variable or moving indicator of the level meter is represented in the form of a variable histogram or a moving bar depending upon the function control targets. The OSD menu is displayed on a portion of the screen and its formation differs depending upon the type of a image display device. Such level indicators including a invariable or static type and a variable or moving type may be appropriately displayed in a variety of combinations, so that a user can select the displayed OSD menu while visually confirming the level meter and adjust the key input unit 11 so as to adjust the function control target corresponding to the OSD menu.

The control unit 12 includes a microcomputer and the storage unit 15 including an EEPROM (electrically erasable programmable read only memory).

With reference to FIGS. 4 through 7F, the operation of the level adjust display apparatus for an OSD menu in an image display device according to the present invention will now be described.

The image signal output unit 16 outputs the image signals R, G, B to the pre-amplifier 17, and the vertical and horizontal sync signals H-Sync, V-Sync to the control unit 12. The pre-amplifier 17 converts the image signals R, G, B to appropriate levels and outputs the converted values to the image output unit 18. The converted image signals R, G, B are amplified by the image output unit 18 and applied to the CRT 19, thereby displaying the image on the screen. This is a typical step in which its OSD menu is not displayed.

In order to control the function control targets, a user presses the set/complete button 27 of the level control button unit 22 disposed on the front side of the cabinet 20 so as to display the OSD menu on the screen. The key input unit 11 outputs an analog command signal having a predetermined value to an analog/digital converter (ADC) of the control unit 12. The control unit 12 converts the analog command signal to a digital signal and outputs the control signal through a serial clock line (SCL) and also outputs the control data through the serial data line (SDL). The output control signal and the control data are applied to the OSD generation unit 13 and the digital/analog converter 14, whereby the OSD menu is displayed on the screen and a user is able to control the selected function control target while visually confirming the function control target.

The digital/analog converter 14 converts the horizontal and vertical sync signals H-Sync, V-Sync, the control signal and the control data to analog signals, and outputs analog signals with regard to the function control targets such as

6

volume, brightness, contrast, horizontal size, horizontal position, vertical size, vertical position, etc., to a plurality of function control output terminals F1–Fn, respectively. Also, an oscillation frequency is adjusted in accordance with the horizontal and vertical sync signals H-Sync, V-Sync and outputted to the terminal OSC.

The OSD generation unit 13 outputs the OSD image signals Ro, Go, Go to the pre-amplifier 17, and the OSD image signals Ro, Go, Bo are converted to predetermined levels in the pre-amplifier 17 and amplified by the image output unit 18 and displayed on the CRT 19, so that an OSD menu corresponding to the OSD image signals Ro, Go, Bo is displayed on the screen. The displayed OSD menu includes characters, abstract characters, numbers, diagrams, symbols, etc., and at least one of them is represented in an invariable or static pattern. Meanwhile, the control data is stored in the storage unit 15.

A user views the displayed OSD menu and selects one of the plurality of function control targets. In order to adjust the selected function control target, one of the horizontal adjust buttons 23, 24 or the vertical adjust buttons 25, 26 is manipulated. According to the manipulation, the key input unit 11 outputs the command signal having a predetermined value to the control unit 12 and the analog/digital converter 14 converts the level of one selected from the plurality of function control targets in accordance with the control signal and the control data from the control unit 12, and this converted value is outputted to a function adjust output terminal among the plurality of function adjust output terminals F1–Fn.

The OSD generation unit 13 outputs the OSD image signals Ro, Go, Bo in accordance with the control signal and the control data, and the OSD image signals Ro, Go, Bo are processed by the pre-amplifier 17 and the image output unit 18 and displayed on the CRT 19, whereby the variable histogram of the level meter fluctuates horizontally and vertically, or the bar moves horizontally and vertically.

Accordingly, the user views the variation of the selected display pattern from the OSD menu while concurrently adjusting the selected function control target on the screen, and can adjust other function control targets in succession. When the adjustment is determined to have been completed, the set/complete button 27 is pressed again and the control data with regard to the adjustment-completed function control targets are stored in the storage unit 15. The stored control data is employed again when a user next needs to adjust the corresponding function control target.

When a size adjusting function is selected to adjust the OSD frame size in the OSD menu displayed on the CRT 19, the invariable or static pattern, and the variable or moving pattern fluctuate in an identical proportion to each other with regard to their size.

Referring to FIGS. 7A through 7F, a mutual relation between the variations of the function control targets and the OSD menu indication patterns corresponding to the respective function control targets will now be described.

As shown in FIG. 7A, in order to adjust a horizontal size of the screen image using the variable histogram, a user selects a horizontal size item among the plurality of function control targets of the OSD menu in a state in which the OSD menu is displayed on the screen of the CRT 19. In order to adjust the selected function control target, the horizontal adjust buttons 23, 24 are pressed and then the variable histogram in the horizontal level meter horizontally increases from the center thereof serving as a start point (0) toward the left and right directions up until the end points

EXHIBIT 3  PAGE 32

US 6,281,895 B1

7

Max or decreases from the end points Max toward the center serving as the start point (0). At this time, the increase or decrease of the variable histogram is continuously carried out. Likewise, the horizontal adjust buttons 23, 24 are horizontally disposed to the right and to the left of the set/complete button 27, and according to the manipulation by a user the variable histogram increases or decreases horizontally. Accordingly, since the actual horizontal size of the screen image corresponds to the increase or decrease direction of the variable histogram of the level meter, a user can easily recognize the function control status of the image display device.

Also, as shown in FIG. 7B, in order to adjust the horizontal position of the screen image using the variable diagram of the level meter, a user selects a horizontal position item and presses the horizontal adjust buttons 23 or 24. Then, the variable histogram of the horizontal level meter horizontally increases from the center thereof serving as a start point (0) in the standard area toward the left or right directions up until the end points Max or decreases from the end points Max toward the center serving as the start point (0). At this time, the increase or decrease of the variable histogram is continuously carried out. The actual horizontal position of the screen image moves to the right or left in accordance therewith.

As shown in FIG. 7C, in order to adjust the vertical size of the screen image using the variable diagram of the level meter, a user presses the vertical adjust buttons 25, 26 and the variable histogram of the vertical level meter vertically increases from the center thereof serving as a start point (0) in the standard area toward the top and bottom directions until the end points Max or decreases from the end points Max toward the center serving as the start point (0). Likewise, the vertical adjust buttons 25, 26 are vertically disposed from the set/complete button 27. In accordance with the manipulation by the user, the variable histogram vertically increases or decreases and accordingly the actual vertical size of the screen image moves to the top or bottom in accordance therewith, whereby the user can easily recognize the function control status of the image display device.

As shown in FIG. 7D, in order to adjust the vertical position of the screen image using the variable diagram of the level meter, a user presses the vertical adjust buttons 25 or 26 and the variable histogram of the vertical level meter vertically increases from the center thereof serving as a start point (0) in the standard area toward the top or bottom directions until the end point Max or decreases from the end point Max toward the center serving as the start point (0). Likewise, the vertical adjust buttons 25, 26 are vertically disposed to the set/complete button 27. As the variable histogram vertically increases or decreases, the actual vertical position of the screen image moves toward the top or bottom in accordance therewith.

Meanwhile, the variable histogram of the level meter is displayed in color and brightness identical to those of the selected invariable or static indication patterns, and the color, brightness and pattern of the variable histogram can be adjusted through the key input unit 11 when required by a user.

Also, in order to clearly distinguish the selected invariable or static indication type from the other unselected invariable or static indication types, their color, brightness and pattern can be differentiated or provided in a flickering type.

As shown in FIG. 7E, in order to adjust the horizontal position of the screen image using a moving bar, a user

8

presses the horizontal adjust buttons 23 or 24 and the position of the moving bar of the horizontal level meter moves horizontally from the center thereof serving as a start point (0) in the standard area toward either the right end point Max or the left end point Max. The actual horizontal position of the screen image moves either toward the left direction or toward the right direction. Likewise, the horizontal adjust buttons 23, 24 are horizontally disposed from the set/complete button 27 and the moving bar horizontally moves in accordance with the manipulation of the user. Since the actual shift of the horizontal position of the screen image corresponds to the moving direction of the moving bar, the user can easily recognize the function control status of the image display device as desired.

As further shown in FIG. 7F, in order to adjust the vertical position of the screen image using the moving bar, a user presses the vertical adjust buttons 25, 26 and the position of the moving bar of the vertical level meter vertically moves from the center thereof serving as a start point (0) in the standard area toward either the top or the bottom direction until the top end point Max or the bottom end point Max. Accordingly, the actual vertical position of the screen image moves either upwardly or downwardly in accordance therewith.

Meanwhile, the moving bar of the level meter is displayed in a color and brightness identical to those of the selected invariable or static indication patterns, and the color, brightness and pattern of the moving bar can be adjusted through the key input unit 11 when required by a user.

Also, in order to clearly distinguish the selected invariable or static indication type from the other unselected invariable or static indication type, their color, brightness and pattern can be differentiated or provided in a flickering type.

As described above, the level adjust display apparatus for an OSD menu in an image display device according to the present invention enables a manipulation direction of the plurality of level increase/decrease buttons and the variation direction of the variable or moving indication pattern to correspond to the actual variation direction of the screen image, thereby facilitating the OSD menu adjustment in terms of a biotechnical view.

As the present invention may be embodied in several forms without departing from the spirit of essential characteristics thereof, it should also be understood that the above-described embodiments are not limited by any of the details of the foregoing description, unless otherwise specified, but rather should be construed broadly within its spirit and scope as defined in the appended claims, and therefore all changes and modifications that fall within meets and bounds of the claims, or equivalences of such meets and bounds are therefore intended to embrace the appended claims.

What is claimed is:

1. A level adjust display apparatus for an on-screen display (OSD) menu of an image display device which displays function control targets in the form of an OSD menu on a screen, comprising:

a key input means including a vertical adjust button and a horizontal adjust button for selecting and adjusting the function control targets;

an OSD menu generation means enabling respective level adjust directions of the function control targets to be displayed vertically or horizontally; and

a control means enabling a disposed direction of the vertical adjust button or the horizontal adjust button, a level adjust display direction for each of the function control targets and a vertical direction and position or

EXHIBIT 3  PAGE 33

US 6,281,895 B1

9

a horizontal direction and position actually implemented with regard to the function control targets to correspond to each other on the screen.

2. The apparatus of claim 1, wherein a direction or a size of each of the function control targets is vertically adjusted in accordance with a user's manipulation of the vertical adjust button, and horizontally adjusted in accordance with a user's manipulation of the horizontal adjust button.

3. The apparatus of claim 1, wherein the key input means further comprises a set/complete button disposed centrally of the horizontal and vertical adjust buttons.

4. The apparatus of claim 1, wherein the key input means comprises at least one selected from a control panel unit provided in the image display device, a keyboard of a PC (personal computer) and a remote controlling means.

5. The apparatus of claim 1, wherein the OSD menu generation means displays at least one selected from a character, an abstract character, a number, a diagram and a symbol on the screen in the form of an invariable or static display pattern, and at least one of a variable histogram and a moving bar is displayed on the screen in the form of a variable or moving display pattern.

6. The apparatus of claim 5, wherein the invariable or static display pattern and the variable or moving display pattern are displayed in the same color or in different colors.

7. The apparatus of claim 5, wherein the invariable or static display pattern is provided to be flickering so as to distinguish the same from the variable or moving display pattern.

8. The apparatus of claim 5, wherein the respective sizes of the invariable or static display pattern and the variable or moving display pattern are varied in the same proportion when an OSD frame size is adjusted from the OSD menu.

9. The apparatus of claim 5, wherein the variable or moving display pattern moves from a center thereof serving as a start point within a standard area or varies a lineal magnitude thereof.

10. The apparatus of claim 5, wherein the variable histogram vertically or horizontally moves from a center thereof serving as a start point within a standard area.

11. The apparatus of claim 5, wherein the moving bar moves from a center thereof serving as a start point within a standard area toward one of a left end and a right end or toward one of a top end and a bottom end.

12. The apparatus of claim 5, wherein a figure, a color or a brightness of the variable histogram is adjustable.

13. The apparatus of claim 5, wherein the variable histogram varies within the standard area designated and has the same color, brightness and figure as those of the selected invariable or static display pattern.

14. The apparatus of claim 5, wherein the variable histogram varies from a center thereof serving as a start point within the standard area designated and has the same color, brightness and figure as those of the selected invariable or static display pattern.

15. The apparatus of claim 5, wherein the variable histogram continuously increases in size without interruption.

16. A level adjust display method for an on-screen display (OSD) menu of an image display device which displays function control targets in the form of an OSD menu on a screen, comprising the steps of:

receiving a command signal for adjusting the function control targets in accordance with the manipulation of a vertical adjust button and a horizontal adjust button;

determining a value of the command signal and outputting a control signal and control data in accordance with the determined value; and

10

displaying an OSD menu including an invariable or static display pattern and a variable moving display pattern on the screen in accordance with the control signal and the control data;

wherein a disposed direction of the vertical adjust button or the horizontal adjust button, a variation direction of the variable or moving display pattern and a screen image variation direction and position actually implemented on the screen correspond to each other.

17. The method of claim 16, wherein a direction or a size of each of the function control targets is vertically adjusted in accordance with a user's manipulation of the vertical adjust button, and horizontally adjusted in accordance with a user's manipulation of the horizontal adjust button.

18. The method of claim 16, wherein the command signal is received using at least one selected from a control panel unit provided in the image display device, a keyboard of a PC and a remote controlling means.

19. The method of claim 16, wherein at least one selected from a character, an abstract character, a number, a diagram and a symbol is displayed on the screen in the form of the invariable or static display pattern, and at least one of a variable histogram and a moving bar is displayed on the screen in the form of the variable or moving display pattern.

20. The method of claim 19, wherein the variable histogram continuously increases in magnitude without interruption.

21. A level adjust display apparatus for an on-screen display (OSD) menu of an image display device which displays function control targets in the form of an OSD menu on a screen, comprising:

a key input means including a vertical adjust button and a horizontal adjust button for selecting and adjusting the function control targets;

a control means for outputting a control signal and control data corresponding to a manipulation of the key input means; and

an OSD menu generation means for receiving the control signal and the control data, outputting an OSD image signal corresponding to the function control targets and displaying the function control targets on the screen for the OSD menu; and

wherein a disposed direction of the vertical adjust button and the horizontal adjust button, a level adjust display direction for each of the function control targets and a vertical direction and position or a horizontal direction and position actually implemented on the screen with regard to the function control targets correspond to each other.

22. The apparatus of claim 21, wherein a direction or a size of each of the function control targets is vertically adjusted in accordance with a user's manipulation of the vertical adjust button, and horizontally adjusted in accordance with a user's manipulation of the horizontal adjust button.

23. The apparatus of claim 21, wherein the key input means further comprises a set/complete button disposed centrally of the horizontal and vertical adjust buttons.

24. The apparatus of claim 21, wherein the key input means comprises at least one selected from a control panel unit provided in the image display device, a keyboard for a PC and a remote controlling means.

25. The apparatus of claim 21, wherein the OSD menu generation means displays at least one selected from a character, an abstract character, a number, a diagram and a symbol on the screen in the form of an invariable or static display pattern, and at least one of a variable histogram and a moving bar is displayed on the screen in the form of a variable or moving display pattern.

EXHIBIT 3  PAGE 34

US 6,281,895 B1

11

26. The apparatus of claim 25, wherein the variable histogram continuously increases in magnitude without interruption.

27. The apparatus of claim 6, wherein the variable histogram continuously increases in size without interruption.

28. The apparatus of claim 7, wherein the variable histogram continuously increases in size without interruption.

29. The apparatus of claim 8, wherein the variable histogram continuously increases in size without interruption.

30. The apparatus of claim 9, wherein the variable histogram continuously increases in size without interruption.

31. The apparatus of claim 10, wherein the variable histogram continuously increases in size without interruption.

12

32. The apparatus of claim 11, wherein the variable histogram continuously increases in size without interruption.

33. The apparatus of claim 12, wherein the variable histogram continuously increases in size without interruption.

34. The apparatus of claim 13, wherein the variable histogram continuously increases in size without interruption.

35. The apparatus of claim 14, wherein the variable histogram continuously increases in size without interruption.

* * * * *

EXHIBIT 3  PAGE 35

## ATTACHMENT TO CIVIL COVER SHEET

*LG Electronics, Inc. v. Eastman Kodak Company*

## VIII. RELATED CASE(S) IF ANY:

1. *In the Matter of CERTAIN ELECTRONIC DEVICES HAVING IMAGE CAPTURE OR DISPLAY FUNCTIONALITY AND COMPONENTS THEREOF*, 337-TA-___ (case number not yet assigned) (U.S. International Trade Commission Feb 20, 2009).

2. *LG Electronics, Inc. v. Eastman Kodak Company*, Case No. ____ (case number not yet assigned) (S.D. Cal. filed February 20, 2009).

°⊕JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
LG ELECTRONICS, INC.

**DEFENDANTS**
EASTMAN KODAK COMPANY

**(b)** County of Residence of First Listed Plaintiff  Seoul, Korea
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Monroe County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

FILED
09 FEB 20  PH 3:33

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Christopher S. Marchese, Fish & Richardson P.C., 12390 El
Camino Real, San Diego, CA 92130 (858) 678-5070

Attorneys (If Known)

'09 CV 0343 W POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                        and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
another district
(specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District
Judge from
Magistrate
Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 35, United States Code  35, 145 y/sec
Brief description of cause:
patent infringement

## VII. REQUESTED IN
COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S)
IF ANY
(See instructions):

JUDGE  PLEASE SEE ATTACHED

DOCKET NUMBER

DATE
02/20/2009

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  160312  AMOUNT  $350  APPLYING IFP  JUDGE  MAG. JUDGE

CR-JAC  2/20/09

# ORIGINAL

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 160312   — TC**

**February 20, 2009
15:40:07**

**Civ Fil Non-Pris**
USAO #.: 09CV0343
Judge..: THOMAS J WHELAN
Amount.:                    $350.00 CK
Check#.: 6136

**Total—>   $350.00**

FROM: LG VS EASTMAN KODAK